# EXHIBIT B

## SUMMONS

| | | |
|---|---|---|
| Attorney(s) | Aaron A. Mitchell, Esquire | |
| Office Address | Law Offices of Cohen and Howard, LLP | |
| | 766 Shrewsbury Avenue, Suite 200 | |
| Town, State, Zip Code | Tinton Falls, New Jersey 07724 | |
| Telephone Number | (732) 747-5202 | |
| Attorney(s) for Plaintiff | Cary Glastein, M.D. | |

**Superior Court of New Jersey**

Monmouth COUNTY
Law DIVISION

Docket No: MON-L-1142-18

CARY GLASTEIN, M.D.,

Plaintiff(s)

Vs.

*Aetna Inc.* AETNA INSURANCE COMPANY, JOHN AND JANE DOES 1-10 AND ABC CORPORATIONS 1-10

Defendant(s)

**CIVIL ACTION SUMMONS**

From The State of New Jersey To The Defendant(s) Named Above:

The plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The complaint attached to this summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court in the county listed above within 35 days from the date you received this summons, not counting the date you received it. (A directory of the addresses of each deputy clerk of the Superior Court is available in the Civil Division Management Office in the county listed above and online at http://www.judiciary.state.nj.us/pro_se/10153_deptyclerklawref.pdf.) If the complaint is one in foreclosure, then you must file your written answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, P.O. Box 971, Trenton, NJ 08625-0971. A filing fee payable to the Treasurer, State of New Jersey and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when it is filed. You must also send a copy of your answer or motion to plaintiff's attorney whose name and address appear above, or to plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee of $175.00 and completed Case Information Statement) if you want the court to hear your defense.

If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

If you cannot afford an attorney, you may call the Legal Services office in the county where you live or the Legal Services of New Jersey Statewide Hotline at 1-888-LSNJ-LAW (1-888-576-5529). If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A directory with contact information for local Legal Services Offices and Lawyer Referral Services is available in the Civil Division Management Office in the county listed above and online at http://www.judiciary.state.nj.us/prose/10153_deptyclerklawref.pdf.

/s/ Michelle M Smith
Clerk of the Superior Court

DATED: 04/12/2018

Name of Defendant to Be Served: Aetna Insurance Company

Address of Defendant to Be Served: 151 Farmington Avenue, Hartford, CT 06156

Revised 11/17/2014, CN 10792-English (Appendix XII-A)