# EXHIBIT C

Matthew A. Baker, Esq. (029202010)
**CONNELL FOLEY LLP**
Liberty View
457 Haddonfield Rd., Ste. 230
Cherry Hill, New Jersey 08002
Tele: (856) 317-7100
Fax: (856) 317-7117
*Attorneys for Defendant Aetna Life Insurance Company*

| | |
|---|---|
| CARY GLASTEIN, M.D.,<br><br>    Plaintiff,<br><br>    v.<br><br>AETNA INC., AETNA INSURANCE COMPANY, JOHN AND JANE DOES 1-10 and ABC CORPORATIONS 1-10,<br><br>    Defendant(s). | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION MONMOUTH COUNTY<br><br>Docket No.: MON-L-01142-18<br><br>CIVIL ACTION<br><br>**NOTICE OF FILING OF NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY** |

   **PLEASE TAKE NOTICE** that on this day Defendant Aetna Life Insurance Company ("Aetna") by its undersigned counsel, has removed this action to the United States District Court for the District of New Jersey pursuant to pursuant to 28 U.S.C. §§1332, 1441(a) & (b), and 1446. A true and correct copy of the Notice of Removal filed this day in the United States District Court for the District of New Jersey is attached hereto as Exhibit "A."

                **CONNELL FOLEY LLP**
                *Attorneys for Defendant Aetna Life*
                *Insurance Company*

            By: */s/ Matthew A. Baker*
DATED: May 15, 2018         Matthew A. Baker, Esq.