# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CARY GLASTEIN, M.D.,<br><br>Plaintiff,<br><br>v.<br><br>AETNA, INC., AETNA LIFE INSURANCE COMPANY, JOHN AND JANE DOES 1-10 and ABC CORPORATIONS, 1-10,<br><br>Defendant. | Civil Action No.:<br><br>3:18-cv-09262-AET-TJB |

## NOTICE OF MOTION TO DISMISS
## PURSUANT TO RULE 12(b)(6)

**TO:** Aaron A. Mitchell, Esq.
Cohen & Howard, LLP
766 Shrewsbury Avenue, Suite 200
Tinton Falls, New Jersey 07724
*Attorneys for Plaintiff*

**PLEASE TAKE NOTICE** that on September 4, 2018, at 9:00 a.m., or as soon thereafter as counsel may be heard, the undersigned attorneys for Defendant Aetna Life Insurance Company ("Aetna"), shall move before the United States District Court for the District of New Jersey, Clarkson S. Fisher Federal Building, 402 E. State Street, Trenton, New Jersey on its Motion for an Order dismissing Plaintiffs' Complaint pursuant to Rule 12(b)(6).

4639893-1

**PLEASE TAKE FURTHER NOTICE** that in support thereof, Aetna shall rely upon the attached Memorandum of Law and Certification which is filed simultaneously herewith.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith.

**CONNELL FOLEY LLP**
Liberty View Building
457 Haddonfield Road, Suite 230
Cherry Hill, New Jersey  08002
(856) 317-7100
mbaker@connellfoley.com

*Attorneys for Defendant*
*Aetna Life Insurance Company*

DATE:   August 8, 2018         BY:   */s/Matthew A. Baker*
                                      Matthew A. Baker, Esquire