IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CARY GLASTEIN, M.D.,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>AETNA, INC., AETNA INSURANCE COMPANY, JOHN AND JANE DOES 1-10 and ABC CORPORATIONS 1-10,<br><br>　　　　　Defendants. | Civil Action No.: 3:18-cv-09262-AET-TJB |

## CERTIFICATION OF JOHN PRIVET IN SUPPORT OF AETNA LIFE INSURANCE COPMANY'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT

John Privet, of full age, hereby certifies as follows:

1. I am employed by Aetna Life Insurance Company ("Aetna") as a paralegal.

2. The statements below are based upon my personal knowledge gained through my employment with Aetna. This certification is offered to certify facts in support of Aetna's Motion to Dismiss Plaintiff's Complaint.

3. Aetna is a corporation authorized to do business in the State of New Jersey. Aetna, among other things, provides health benefits for its subscribers and acts as a third-party administrator for employee health benefit plans governed by the Employee Retirement Income Security Act of 1974, 29 U.S.C. §1001 et seq. ("ERISA").

4. Patient S.S. received benefits under the terms of an ERISA-governed employee benefit plan through his wife's employment with Theranostix Vitalaxis. (Attached hereto as

Exhibit "A" is a true and accurate copy of the relevant portions of S.S.'s health benefit plan evidencing that the plan is governed by ERISA).

I hereby certify that the following statements made by me are true. I am aware that if any of the foregoing statements are willfully false, I may be subject to punishment.

DATED: 8/6/18

By: _____
John Privet