# EXHIBIT A

# BENEFIT PLAN

MD PPO SJ 5000

# What Your Plan Covers and How Benefits are Paid

**Aetna Life Insurance Company Booklet-Certificate**

This Booklet-Certificate is part of the Group Insurance Policy between **Aetna** Life Insurance Company and the Policyholder



MD PPO SJ 5000
MDP0030070115501 - 14027681

# Table of Contents

Schedule of Benefits ........................................................................................................................ Issued with Your Booklet

Preface ....................................................................1
Important Information Regarding Availability of
Coverage .................................................................2
    Coverage for You and Your Dependents .............2
    Health Expense Coverage ....................................2
Treatment Outcomes of Covered Services ....................2
**When Your Coverage Begins ............................3**
    Who Can Be Covered ...........................................3
Employees ..............................................................3
Determining if You Are in an Eligible Class .................3
Obtaining Coverage for Dependents .............................3
    How and When to Enroll ......................................4
Initial Enrollment in the Plan .........................................4
Late Enrollment ...............................................................5
Annual Enrollment ..........................................................5
Special Enrollment Periods ............................................5
    When Your Coverage Begins ................................8
Your Effective Date of Coverage ...................................8
Your Dependent's Effective Date of Coverage ............8
**How Your Medical Plan Works ........................9**
    Common Terms .....................................................9
    About Your PPO Comprehensive Medical Plan.9
Availability of Providers .................................................10
    How Your PPO Plan Works .................................10
Cost Sharing For Network Benefits ..............................11
Cost Sharing for Out-of-Network Benefits ..................12
Understanding Precertification .....................................12
Services and Supplies Which Require Precertification
...........................................................................................13
    Emergency and Urgent Care ..................................14
In Case of a Medical Emergency ...................................14
Coverage for Emergency Medical Conditions ............15
In Case of an Urgent Condition ....................................15
Coverage for an Urgent Condition ...............................15
Non-Urgent Care .............................................................15
Follow-Up Care After Treatment of an Emergency or
Urgent Medical Condition .............................................15
Follow-Up Care After Treatment of an Emergency or
Urgent Medical Condition .............................................16
**Requirements For Coverage .............................17**
**What The Plan Covers ......................................18**
    PPO Medical Plan .................................................18
    Preventive Care .....................................................18
Routine Physical Exams ..................................................18
Routine Cancer Screenings ............................................19
Routine Mammogram Expenses ...................................19
Prostate Cancer Screening Expenses ............................19
Colorectal Cancer Screening Expenses .......................20
Chlamydia and Human Papillomavirus Screening Test
Expense ............................................................................20
Family Planning Services ...............................................20

Vision Care Services ........................................................21
Limitations .........................................................................21
    Physician Services .....................................................21
Physician Visits ................................................................21
Surgery ...............................................................................21
Anesthetics .......................................................................22
General Anesthesia for Dental Care ..............................22
Alternatives to Physician Office Visits .........................22
    Hospital Expenses ...................................................22
Room and Board .............................................................22
Other Hospital Services and Supplies ..........................23
Outpatient Hospital Expenses .......................................23
Coverage for Emergency Medical Conditions ............23
Coverage for Urgent Conditions ...................................24
    Alternatives to Hospital Stays ................................24
Outpatient Surgery and Physician Surgical Services ..24
Birthing Center ................................................................25
Home Health Care ..........................................................25
Skilled Nursing Care .......................................................26
Skilled Nursing Facility ...................................................26
Hospice Care ....................................................................27
    Other Covered Health Care Expenses .................28
Acupuncture .....................................................................28
Ambulance Service ..........................................................28
Ground Ambulance ........................................................28
Air or Water Ambulance ................................................28
    Diagnostic and Preoperative Testing ....................29
Diagnostic Complex Imaging Expenses ......................29
Outpatient Diagnostic Lab Work .................................29
Outpatient Diagnostic Radiological Services ..............29
Outpatient Preoperative Testing ...................................30
    Durable Medical and Surgical Equipment (DME)
...........................................................................................30
    Pregnancy Related Expenses .................................32
    Prosthetic Devices ...................................................33
Hearing Aids ....................................................................34
Benefits After Termination of Coverage .....................34
    Short-Term Rehabilitation Therapy Services .......34
Cardiac and Pulmonary Rehabilitation Benefits .........35
Outpatient Cognitive Therapy, Physical Therapy,
Occupational Therapy and Speech Therapy
Rehabilitation Benefits ...................................................35
    Reconstructive or Cosmetic Surgery and Supplies
...........................................................................................36
Reconstructive Breast Surgery ......................................36
    Specialized Care .......................................................37
Chemotherapy .................................................................37
Radiation Therapy Benefits ...........................................37
Outpatient Infusion Therapy Benefits .........................37
    Diabetic Equipment, Supplies and Education ......38
    Treatment of Infertility ...........................................38

Basic Infertility Expenses ..................................................38
Comprehensive Infertility Expenses..............................38
Comprehensive Infertility Services Benefits.................39
Exclusions and Limitations ............................................39
   Outpatient In Vitro Fertilization Expenses..........40
   Spinal Manipulation Treatment ..............................40
   Treatment of Cleft Lip or Palate ............................40
   Transplant Services.......................................................41
Network of Transplant Specialist Facilities .................43
   Treatment of Morbid Obesity .................................43
   Mental Illness, Emotional Disorders, and Drug and Alcohol Abuse Services ............................................43
Inherited Metabolic Disease Formula Services...........44
   Oral and Maxillofacial Treatment (Mouth, Jaws and Teeth)...........................................................................44
   Other Services ............................................................45
Osteoporosis Prevention & Treatment Education ....48
   Medical Plan Exclusions...........................................48
**Your Pharmacy Benefit......................................57**
   How the Pharmacy Plan Works ..............................57
   Getting Started: Common Terms ...........................57
   Accessing Pharmacies and Benefits........................58
Accessing Network Pharmacies and Benefits ..............58
Emergency Prescriptions ..................................................59
Availability of Providers....................................................59
Cost Sharing for Network Benefits................................59
When You Use an Out-of-Network Pharmacy ..........59
Cost Sharing for Out-of-Network Benefits.................59
   Pharmacy Benefit........................................................59
Retail Pharmacy Benefits ..................................................60
Mail Order Pharmacy Benefits .......................................60
Network Benefits for Specialty Care Drugs ................60
Other Covered Expenses...................................................60
Precertification ...................................................................61
Pharmacy Benefit Limitations.........................................62
Pharmacy Benefit Exclusions..........................................62
**When Coverage Ends.........................................65**
When Coverage Ends for Employees ...........................65
Your Proof of Prior Medical Coverage .........................65
When Coverage Ends for Dependents .........................66
**Continuation of Coverage .................................66**
Continuing Health Care Benefits ...................................66
Continuing Coverage for Dependent Students on Medical Leave of Absence...............................................68
Handicapped Dependent Children ...............................68
**Extension of Benefits..........................................69**

Coverage for Health Benefits .........................................69
**COBRA Continuation of Coverage ................... 69**
Continuing Coverage through COBRA .......................70
Who Qualifies for COBRA .............................................70
Disability May Increase Maximum Continuation to 29 Months ................................................................................70
Determining Your Premium Payments for Continuation Coverage......................................................71
When You Acquire a Dependent During a Continuation Period..........................................................71
When Your COBRA Continuation Coverage Ends..71
Conversion from a Group to an Individual Plan .......72
**Coordination of Benefits - What Happens When There is More Than One Health Plan .............. 73**
   When Coordination of Benefits Applies..............73
   Getting Started - Important Terms ......................73
   Which Plan Pays First...............................................75
   How Coordination of Benefits Work ...................77
Right To Receive And Release Needed Information 77
Facility of Payment............................................................77
Right of Recovery..............................................................77
**When You Have Medicare Coverage ............... 78**
   Which Plan Pays First...............................................78
   How Coordination With Medicare Works...........79
**General Provisions ........................................... 80**
   Type of Coverage .......................................................80
   Physical Examinations..............................................80
   Legal Action ................................................................80
   Confidentiality.............................................................80
   Additional Provisions ...............................................80
   Assignments ................................................................81
   Misstatements .............................................................81
   Incontestability ...........................................................81
   Subrogation and Right of Reimbursement ..........81
   Workers' Compensation...........................................83
   Recovery of Overpayments .....................................83
Health Coverage ................................................................83
   Reporting of Claims..................................................83
   Payment of Benefits..................................................84
   Records of Expenses ................................................84
   Contacting Aetna.......................................................84
   Effect of Prior Coverage - Transferred Business 85
**Glossary * ....................................................... 86**

*Defines the Terms Shown in Bold Type in the Text of This Document.

# Preface *(GR-9N-02-005-01 MD)*

Aetna Life Insurance Company (ALIC) is pleased to provide you with this *Booklet-Certificate*. Read this *Booklet-Certificate* carefully. The plan is underwritten by Aetna Life Insurance Company of Hartford, Connecticut (referred to as **Aetna**).

This *Booklet-Certificate* is part of the *Group Insurance Policy* between Aetna Life Insurance Company and the Policyholder. The *Group Insurance Policy* determines the terms and conditions of coverage. **Aetna** agrees with the Policyholder to provide coverage in accordance with the conditions, rights, and privileges as set forth in this *Booklet-Certificate*. The Policyholder selects the products and benefit levels under the plan. A person covered under this plan and their covered dependents are subject to all the conditions and provisions of the *Group Insurance Policy*.

The *Booklet-Certificate* describes the rights and obligations of you and **Aetna**, what the plan covers and how benefits are paid for that coverage. It is your responsibility to understand the terms and conditions in this *Booklet-Certificate*. Your *Booklet-Certificate* includes the *Schedule of Benefits* and any amendments or riders.

This *Booklet-Certificate* is not a Medicare supplement certificate. It is not designed to fill the 'gaps' of Medicare. If you are eligible for Medicare, review the Medicare supplement buyer's guide available from Aetna.

If you become insured, this *Booklet-Certificate* becomes your *Certificate of Coverage* under the *Group Insurance Policy*, and it replaces and supersedes all certificates describing similar coverage that **Aetna** previously issued to you.

Booklet-Certificate Base:     MD PPO SJ 5000

*[signature]*

    Mark T. Bertolini
Chairman, Chief Executive Officer and President

Aetna Life Insurance Company
    (A Stock Company)

# Additional Information Provided by

# Your Employer

The following information is provided to you in accordance with the Employee Retirement Income Security Act of 1974 (ERISA). It is not a part of your booklet-certificate. Your Plan Administrator has determined that this information together with the information contained in your booklet-certificate is the Summary Plan Description required by ERISA.

In furnishing this information, Aetna is acting on behalf of your Plan Administrator who remains responsible for complying with the ERISA reporting rules and regulations on a timely and accurate basis.

**ERISA Rights**
As a participant in the group insurance plan you are entitled to certain rights and protections under the Employee Retirement Income Security Act of 1974. ERISA provides that all plan participants shall be entitled to:

**Receive Information about Your Plan and Benefits**
Examine, without charge, at the Plan Administrator's office and at other specified locations, such as worksites and union halls, all documents governing the Plan, including insurance contracts, collective bargaining agreements, and a copy of the latest annual report (Form 5500 Series) that is filed by the Plan with the U.S. Department of Labor and available at the Public Disclosure Room of the Employee Benefits Security Administration.

Obtain, upon written request to the Plan Administrator, copies of documents governing the operation of the Plan, including insurance contracts, collective bargaining agreements, and copies of the latest annual report (Form 5500 Series), and an updated Summary Plan Description. The Administrator may make a reasonable charge for the copies.

Receive a summary of the Plan's annual financial report. The Plan Administrator is required by law to furnish each participant with a copy of this summary annual report.

Receive a copy of the procedures used by the Plan for determining a qualified domestic relations order (QDRO) or a qualified medical child support order (QMCSO).

**Continue Group Health Plan Coverage**
Note: This sub-section applies to the Plan if your Employer employs 20 or more employees in accordance with a formula mandated by federal law. Check with your Employer to determine if COBRA continuation applies to the Plan.

Continue health care coverage for yourself, your spouse, or your dependents if there is a loss of coverage under the Plan as a result of a qualifying event. You or your dependents may have to pay for such coverage. Review this summary plan description and the documents governing the Plan for the rules governing your COBRA continuation coverage rights.

Reduction or elimination of exclusionary periods of coverage for preexisting conditions under your group health plan, if you have creditable coverage from another plan. You should be provided a certificate of creditable coverage, free of charge, from your group health plan or health insurance issuer when you lose coverage under the Plan, when you become entitled to elect COBRA continuation coverage, when your COBRA continuation coverage ceases, if you request it before losing coverage, or if you request it up to 24 months after losing coverage. Without evidence of creditable coverage, you may be subject to preexisting condition exclusion for 12 months after your enrollment date in your coverage under this Plan. Contact your Plan Administrator for assistance in obtaining a certificate of creditable coverage.

**Prudent Actions by Plan Fiduciaries**
In addition to creating rights for plan participants, ERISA imposes duties upon the people who are responsible for the operation of the employee benefit plan. The people who operate your Plan, called "fiduciaries" of the Plan, have a duty to do so prudently and in your interest and that of other plan participants and beneficiaries. No one, including your employer, your union, or any other person, may fire you or otherwise discriminate against you in any way to prevent you from obtaining a welfare benefit or exercising your rights under ERISA.

**Enforce Your Rights**
If your claim for a welfare benefit is denied or ignored, in whole or in part, you have a right to know why this was done, to obtain documents relating to the decision without charge, and to appeal any denial, all within certain time schedules.

Under ERISA there are steps you can take to enforce the above rights. For instance, if you request materials from the Plan and do not receive them within 30 days you may file suit in a federal court. In such a case, the court may require the Plan Administrator to provide the materials and pay up to $ 110 a day until you receive the materials, unless the materials were not sent because of reasons beyond the control of the Administrator.

If you have a claim for benefits which is denied or ignored, in whole or in part, you may file suit in a state or federal court. In addition, if you disagree with the Plan's decision or lack thereof concerning the status of a domestic relations order or a medical child support order, you may file suit in a federal court.

If it should happen that plan fiduciaries misuse the Plan's money or if you are discriminated against for asserting your rights, you may seek assistance from the U.S. Department of Labor or you may file suit in a federal court. The court will decide who should pay court costs and legal fees. If you are successful, the court may order the person you have sued to pay these costs and fees. If you lose, the court may order you to pay these costs and fees, for example, if it finds your claim is frivolous.

**Assistance with Your Questions**
If you have any questions about your Plan, you should contact the Plan Administrator.

If you have any questions about this statement or about your rights under ERISA, you should contact:

- the nearest office of the Employee Benefits Security Administration, U.S. Department of Labor, listed in your telephone directory; or
- the Division of Technical Assistance and Inquiries, Employee Benefits Security Administration, U.S. Department of Labor, 200 Constitution Avenue, N.W., Washington D.C. 20210.

You may also obtain certain publications about your rights and responsibilities under ERISA by calling the publications hotline of the Employee Benefits Security Administration.

**Statement of Rights under the Newborns' and Mothers' Health Protection Act**
Under federal law, group health plans and health insurance issuers offering group health insurance coverage generally may not restrict benefits for any hospital length of stay in connection with childbirth for the mother or newborn child to less than 48 hours following a vaginal delivery, or less than 96 hours following a delivery by cesarean section. However, the plan or issuer may pay for a shorter stay if the attending provider (e.g., your physician, nurse midwife, or physician assistant), after consultation with the mother, discharges the mother or newborn earlier.

Also, under federal law, plans and issuers may not set the level of benefits or out-of-pocket costs so that any later portion of the 48-hour (or 96-hour) stay is treated in a manner less favorable to the mother or newborn than any earlier portion of the stay.

In addition, a plan or issuer may not, under federal law, require that you, your physician, or other health care provider obtain authorization for prescribing a length of stay of up to 48 hours (or 96 hours). However, you may be required to obtain precertification for any days of confinement that exceed 48 hours (or 96 hours). For information on precertification, contact your plan administrator.

# Schedule of Benefits
*(GR-9N S-01-001-01)*

**Schedule:**                               MD PPO SJ 5000

This is an ERISA plan, and you have certain rights under this plan. Please contact your Employer for additional information.

## PPO Medical Plan *(GR-9N S-10-05-01 MD)*

| PLAN FEATURES | NETWORK | OUT-OF-NETWORK |
|---|---|---|
| **Plan Year Deductible*** | | |
| **Individual Deductible*** | $5,000 | $10,000 |
| **Family Deductible*** | $10,000 | $20,000 |

| *Per Admission Copayment* | $200 per admission | Not Applicable |
|---|---|---|
| *Unless otherwise indicated, any applicable **deductible** must be met before benefits are paid. | | |

**Plan Maximum Out of Pocket Limit** includes plan **deductible** and **copayments**.

**Plan Maximum Out of Pocket Limit** excludes **precertification** penalties.

**Individual Maximum Out of Pocket Limit**:

- For **network** expenses: $6,600.
- For **out-of-network** expenses: $15,000.

**Family Maximum Out of Pocket Limit**:

- For **network** expenses: $13,200.
- For **out-of-network** expenses: $30,000.

| *Lifetime Maximum Benefit per person* | Unlimited | Unlimited |
|---|---|---|

*Coinsurance listed in the Schedule below reflects the Plan Coinsurance. This is the amount Aetna pays. You are responsible to pay any deductibles and the remaining coinsurance. You are responsible for full payment of any non-covered expenses you incur.*

*All Covered Expenses Are Subject To The Plan Year Deductible Unless Otherwise Noted In The Schedule Below*.

MD PPO SJ 5000
MDP0030070115501 - 14027681

GR-9N                                                            1