# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CARY GLASTEIN, M.D., <br><br> Plaintiff, <br><br> v. <br><br> AETNA, INC., AETNA LIFE INSURANCE COMPANY, JOHN AND JANE DOES 1-10 and ABC CORPORATIONS, 1-10, <br><br> Defendant. | Civil Action No.: <br><br> 3:18-cv-09262-AET-TJB |

## CERTIFICATE OF SERVICE

I certify that I caused Defendant Aetna's Memorandum of Law in Support of Motion to Dismiss and supporting documentation, including this Certificate of Service, to be electronically filed in accordance with the Rules of Court. I also certify that on this date I caused a copy of the above to be served via electronic mail and the ECF system, upon:

Aaron A. Mitchell, Esq.
Cohen & Howard, LLP
766 Shrewsbury Avenue, Suite 200
Tinton Falls, New Jersey 07724
amitchell@cohenandhoward.com
*Attorneys for Plaintiff*

4639893-1

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

DATE: August 8, 2018

By: /s/ *Matthew A. Baker*
      Matthew A. Baker, Esquire