# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CARY GLASTEIN, M.D.<br><br>Plaintiff,<br><br>v.<br><br>AETNA, INC., AETNA LIFE INSURANCE COMPANY, JOHN AND JANE DOES 1-10 and ABC CORPORATIONS, 1-10,<br><br>Defendant. | Civil Action No.:<br><br>3:18-cv-09262-AET-TJB |

## ORDER

**THIS MATTER** having been opened to the Court by Matthew A. Baker, Esquire from the law firm of Connell Foley, LLP, attorney for Defendant Aetna Life Insurance Company ("Aetna"), for an Order dismissing Plaintiffs' Complaint pursuant to Rule 12(b)(6), and the Court having considered the papers in support of said motion and in opposition thereto, and for good cause shown;

**IT IS** on this _____ day of _____ 2018, **ORDERED** that Aetna's Motion is **GRANTED** and Plaintiff's Complaint be and hereby is **DISMISSED** with prejudice;

4639893-1

**IT IS FURTHER ORDERED** that a copy of this Order shall be served on all parties within _____ days of the date of this Order.

_____

[ ] Opposed
[ ] Unopposed